# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:14CR00153-1 |
| ) | |
| CLIFTON C. LOVE ) | |
| ) | |

## ORDER

On October 29, 2014, this case was before the Court for a revocation hearing, pursuant to Federal Rule of Criminal Procedure 32.1(a)(2).

At the hearing, the Court found that the defendant, Clifton C. Love, violated the terms and conditions of probation by committing the new criminal offense of driving under the influence on September 20, 2014, failing to report, and failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

Although the Court finds that the defendant, Clifton C. Love, has violated the terms and conditions of probation, the Court has decided not to revoke his probation at this time. The Court will continue the defendant under supervision with the following modifications:

1. The term of probation will be extended for one year from October 29, 2014.

2. As a special condition of probation, the defendant shall serve ten days of intermittent confinement, which may be served on the weekends.

3. The defendant shall participate in a program of testing for drug and alcohol abuse. Further, the defendant shall not tamper with any testing procedure.

4. During the term of supervision, the defendant shall abstain from any consumption of alcohol. Further, the defendant shall not possess alcohol at his residence.

5. The defendant shall participate in a program of substance abuse and mental health treatment, to include anger management. The costs of treatment shall be paid by the

defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

6. The defendant shall submit his or her person, property, house, residence, office, papers, vehicle, computers (as defined in 18 U.S.C. § 1030(e)(1)), or other electronic communications or data storage devices or media, to a search conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

All conditions previously imposed by this Court on August 12, 2014, shall remain in full force and effect.

**SO ORDERED** this 30th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA